## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

### DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| JAMES FRANKLIN ROBISON and JENNIE LYN ROBINSON, | 09-24064 RKM |
| | [Chapter 7] |
| Debtors. | |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The checks listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Mtn. West Anesthesia<br>1954 Fort Union Blvd., Suite 100<br>Salt Lake City, UT  84121 | $3.65 |

The address listed above constitutes the last known address in question. The check in the amount of $3.65 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this 28 day of December, 2010.

_____
Duane H. Gillman, Trustee

SLC_755333.1